United States Bankruptcy Court
Western District of Louisiana

IN RE: __Sharron Jackson__    Case No: __15-30794__
                              Chapter: __13__

Statement Under Penalty of Perjury Concerning Payment Advices
Due Pursuant to 11 USC § 521 (A)(1)(B)(iv)

I*, __Sharron Jackson__, state as follows:

I did not file with the Court copies of all payment advices or other evidence of payments received within 60 days before the filing of the petition from any employer due to one of the following reasons:

_____ A. I was not employed during the period immediately preceding the filing of the above referenced case_____

_____ B. I was employed during the immediately preceding the filing of the above referenced case but did not receive any payment advice or other evidence of payment from my employer within 60 days before the date of filing of the petition;

____✓_____ C. I am self-employed and do not have any evidence of payment;

_____ D. Other (Please Explain):_____

I declare under the perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

Date: __5/20/15__    Signature of Debtor: __Sharron Jackson__

*A separate form must be filed by each debtor