# Notice Recipients

District/Off: 0536–3 User: admin Date Created: 05/08/2019
Case: 15–30794 Form ID: 3180W Total: 40

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| tr | E. Eugene Hastings (Ch 13 Trustee) | ecftr@ch13monroe.com |
| aty | Elijah Orum Young, III | ecf@eorumyoung.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Sharron Jackson | 1618 Sth 9th Street | Monroe, LA 71202 | |
| cr | Recovery Management Systems Corporation | 25 SE 2nd Avenue, Suite 1120 | Miami, FL 33131–1605 | |
| smg | State of Louisiana, Department of Labor | Delinquent Accounts Unit,UI Tech Support | 1001 North 23rd Street, Room 322 | Baton Rouge, LA 70802 |
| smg | Louisiana Department of Revenue and Taxation | Attn: Bankruptcy Division | P.O. Box 66658 | Baton Rouge, LA 70896 |
| 6797478 | Asset Recovery Solutions, LLC | 2200 E. Devon Ave. | Suite 200 | Des Plaines, IL 60018–4501 |
| 6886336 | Atlantic Credit & Finance Special Finance | Unit LLC Successor in interest to | CITIBANK NA c/o Weltman, Weinberg & Reis | Co LPA 323 W. Lakeside Ave Cleveland OH 44113 |
| 6797479 | Belk | POB 960012 | Orlando, FL 32896–0012 | |
| 6797480 | Best Buy | POB 15519 | Wilmington, DE 19850 | |
| 7629841 | Bureaus Investment Group Portfolio No 15 LLC | c/o PRA Receivables Management, LLC | PO Box 41021 | Norfolk VA 23541 |
| 6849757 | Bureaus Investment Group Portfolio No 15 LLC | c/o Recovery Management Systems Corp | 25 SE 2nd Avenue Suite 1120 | Miami FL 33131–1605 |
| 6866564 | Cerastes, Llc | C O WEINSTEIN & RILEY, PS | 2001 WESTERN AVENUE, STE 400 | SEATTLE, WA 98121 |
| 6797481 | Discover | POB 30395 | Salt Lake City, UT 84130 | |
| 6802604 | Discover Bank | Discover Products Inc | PO Box 3025 | New Albany, OH 43054–3025 |
| 6797482 | E A Conway Medical Center | 4864 Jackson Street | Monroe, LA 71202 | |
| 6797483 | Endoscopy Center | POB 1243 | Monroe, LA 71210–1243 | |
| 6797484 | JC Penney | Post Office Box 3200 | Orlando, FL 32890 | |
| 6797485 | Juniper (Visa) | Card Services | Post Office Box 13337 | Philadelphia, PA 19101–3337 |
| 6797487 | LSU Health | POB 33932 | Shreveport, LA 71130–3932 | |
| 6797486 | Lowe's | Post Office Box 103080 | Roswell, GA 30076 | |
| 6840288 | Midland Credit Management, Inc. as agent for | MIDLAND FUNDING LLC | PO Box 2011 | Warren, MI 48090 |
| 6797488 | New York & Co. | POB 182782 | Columbus, OH 43218–2782 | |
| 6797489 | Ouachita Parish Sheriff | 400 St. John Street, Ste 301 | Monroe, LA 71201 | |
| 6905625 | Portfolio Recovery Associates, LLC | POB 41067 | Norfolk VA 23541 | |
| 7337211 | Portfolio Recovery Associates, LLC | POB 41067 | Norfolk, VA 23541 | |
| 6829517 | Quantum3 Group LLC as agent for | Comenity Bank | PO Box 788 | Kirkland, WA 98083–0788 |
| 6797490 | Radiology Associates | 1601 Lamy Lane | Monroe, LA 71201–3735 | |
| 6802165 | Recovery Management Systems Corporation | 25 S.E. 2nd Avenue, Suite 1120 | Miami, FL 33131–1605 | |
| 6797492 | SST | 4315 Pickett Rd. | Saint Joseph, MO 64503 | |
| 6797491 | Sears | POB 182149 | Columbus, OH 43218 | |
| 6797493 | St. Francis Medical Center | Post Office Box 1243 | Monroe, LA 71210 | |
| 6905610 | Synchrony Bank | c/o Recovery Management Systems Corp | 25 SE 2nd Ave Suite 1120 | Miami FL 33131–1605 |
| 6890524 | System & Services Technologies, Inc | 4315 Pickett Road | St. Joseph, MO 64503 | |
| 6797494 | Target | POB 701 | Chesterfield, MO 63006–0701 | |
| 6943144 | U S Department of Education | P O Box 16448 | St. Paul, MN 55116–0448 | |
| 6797495 | UFCW | POB 5222 | Carol Stream, IL 60197–5222 | |
| 6797497 | US Department of Education | POB 5609 | Greenville, TX 75403–5609 | |
| 6797496 | Union Plus | POB 80028 | Salinas, CA 93912–0028 | |

TOTAL: 37